**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PEOGLE FOR THE AMERICAN WAY,<br>1101 15th Street NW, Suite 600<br>Washington, DC 20005<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br><br>and<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>935 Pennsylvania Avenue NW<br>Washington, DC 20535<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 17-1865<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

1.      Plaintiff People For the American Way brings this action against the U.S.

Department of Justice and the Federal Bureau of Investigation under the Freedom of Information

Act, 5 U.S.C. § 552 (FOIA), and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202,

seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

## JURISDICTION AND VENUE

2.      This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B)

and 28 U.S.C. §§ 1331, 2201, and 2202.

3.      Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C.

§ 1391(e).

4.      Because Defendants have failed to comply with the applicable time-limit provisions of the FOIA, People For the American Way is deemed to have exhausted its administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and is now entitled to judicial action enjoining the agency from continuing to withhold agency records and ordering the production of agency records improperly withheld.

## PARTIES

5.      Plaintiff People For the American Way (People For) is a progressive advocacy organization founded to fight right-wing extremism and defend constitutional values including free expression, religious liberty, equal justice under the law, and the right to meaningfully participate in our democracy. People For is a nonprofit organization under section 501(c)(4) of the Internal Revenue Code and is incorporated under the laws of the District of Columbia.

6.      Right Wing Watch (RWW) is dedicated to monitoring and exposing the activities and rhetoric of right-wing organizations, activists, and public officials in order to expose their extreme agenda. Its researchers monitor dozens of broadcasts, emails, websites, and events, file FOIA requests, and use their expertise on right-wing movements to analyze and distill that information for media, allies and the general public. By shedding light on the activities of right-wing movements, RWW helps expose the risks their extreme and intolerant agendas present to the country. RWW does not endorse the views of groups that it reports on. RWW is a project of People For and is not a separate corporate entity; RWW filed the FOIA that is the subject of this litigation.

7.      Defendant U.S. Department of Justice (DOJ) is a department of the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal

government within the meaning of 5 U.S.C. § 552(f)(1). On information and belief, DOJ has possession, custody, and control of the records that Plaintiff seeks.

8.      Defendant Federal Bureau of Investigation (FBI) is a component of DOJ and is also headquartered in Washington, DC, with field offices across the country. On information and belief, the FBI has possession, custody, and control of the records that Plaintiff seeks.

## STATEMENT OF FACTS

9.      As described below, RWW filed a FOIA request seeking documents that would shed light on a matter of significant public concern: the extent to which the FBI's records confirm the representations of the attorney general and DOJ about the instructions the attorney general received in completing his Standard Form 86 (SF-86)—a form which requires disclosure of all contacts with foreign government officials.

10.     On information and belief, on May 24, 2017, DOJ told CNN that Attorney General Jeff Sessions did not disclose meetings he had with Russian officials on his SF-86.

11.     According to CNN's reporting, DOJ spokeswoman Sarah Isgur Flores informed CNN that an FBI employee told Mr. Sessions that he did not need to list meetings with foreign ambassadors that happened in his capacity as a senator.

12.     On June 1, 2017, RWW submitted a FOIA request to the FBI seeking access to the following records:

    1)  All records relating to or consisting of all written instructions or advice provided to Mr. Sessions and/or his staff by any FBI investigator or employee on or after July 1, 2016 concerning what contacts with foreign individuals to list on or to omit from his SF-86 or other security clearance form;

    2)  All records relating to all oral instructions or communications by any FBI investigator or employee to Mr. Sessions and/or his staff on or after July 1, 2016 concerning what contacts with foreign

individuals to list on or to omit from his SF-86 or other security clearance form; and,

3) All records relating to all written or oral instructions, advice or communications by any FBI investigator or employee to Health and Human Services Secretary Tom Price and/or his staff concerning what contacts with foreign individuals to list on or to omit from his SF-86 or other security clearance form.

13.    RWW sought expedited processing of its request.

14.    The FBI separated RWW's request into two separate requests.

15.    The portion of the request related to Attorney General Sessions—Items 1 and 2—was assigned tracking number 1377061 ("Sessions Request").

16.    After RWW appealed an initial denial of expedition, the FBI granted expedited processing of the Sessions Request on July 25, 2017.

17.    The portion of the request related to Secretary of Health and Human Services Tom Price—Item 3—was assigned tracking number 1377074 ("Price Request").

18.    The FBI denied expedited processing of the Price Request.

19.    The FBI has not made a determination regarding RWW's FOIA requests described above, notwithstanding the obligation of the agency under FOIA to make a determination within twenty working days.

20.    Through the FBI's failure to respond to RWW's FOIA requests within the time period required by law, RWW has constructively exhausted its administrative remedies and seeks immediate judicial review.

21.     As of the date of this complaint, despite the partial grant of expedited processing with respect to RWW's requests, FBI has failed to (a) notify RWW of any determination regarding the requests, including the scope of any responsive records FBI intends to produce or

withhold and the reasons for any withholdings; or (b) produce the requested records or

demonstrate that the requested records are lawfully exempt from production.

## COUNT I
### Violation of FOIA, 5 U.S.C. § 552
### Failure to Conduct Adequate Search for Responsive Records

22.     Plaintiff repeats the allegations in the foregoing paragraphs and incorporates them

as though fully set forth herein.

23.     Plaintiff properly requested records within the possession, custody, and control of

the Defendants.

24.     Defendants are an agency and a component thereof subject to FOIA and must

therefore make reasonable efforts to search for requested records.

25.     Defendants have failed to review promptly agency records for the purpose of

locating those records which are responsive to RWW's FOIA requests.

26.     Defendants' failure to search for responsive records violates FOIA.

27.     Plaintiff is therefore entitled to injunctive and declaratory relief requiring

Defendants to promptly make reasonable efforts to search for records responsive to RWW's

FOIA requests.

## COUNT II
### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Records

28.     Plaintiff repeats the allegations in the foregoing paragraphs and incorporates them

as though fully set forth herein.

29.     Plaintiff properly requested records within the possession, custody, and control of

the Defendants.

30.     Defendants are an agency and a component thereof subject to FOIA and must therefore release in response to a FOIA request any disclosable records and provide a lawful reason for withholding any materials.

31.     Defendants are wrongfully withholding agency records requested by Plaintiff by failing to produce records responsive to its FOIA requests.

32.     Defendants' failure to provide all responsive records violates FOIA.

33.     Plaintiff is therefore entitled to injunctive and declaratory relief requiring Defendants to promptly produce all non-exempt records responsive to its FOIA requests and provide indexes of any responsive records withheld under claim of exemption.

## **REQUESTED RELIEF**

WHEREFORE, People For respectfully requests the Court to:

(1) Order Defendants to conduct a search reasonably calculated to uncover all records responsive to Plaintiff's FOIA request submitted to the FBI on June 1, 2017;

(2) Order Defendants to produce, by such a date as the Court deems appropriate, any and all non-exempt records responsive to Plaintiff's FOIA requests and indexes of any responsive records withheld under claim of exemption;

(3) Enjoin Defendants from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA request;

(4) Award Plaintiff the costs of this proceeding, including reasonable attorneys' fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

(5) Grant Plaintiff such other relief as the Court deems just and proper.

Dated: September 12, 2017

Respectfully submitted,

*/s/ Cerissa Cafasso*
Cerissa Cafasso
D.C. Bar No. 1011003
*/s/ Austin R. Evers*
Austin R. Evers
D.C. Bar No. 1006999
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5246
cerissa.cafasso@americanoversight.org
austin.evers@americanoversight.org

*/s/ Diane Laviolette*
Diane Laviolette
D.C. Bar No. 457844
*/s/ Elliot Mincberg*
Elliot Mincberg
D.C. Bar No. 941575
PEOPLE FOR THE AMERICAN WAY
FOUNDATION
1101 15th Street NW, Suite 600
Washington, DC 20005
(202) 467-4999
emincberg@pfaw.org
dlaviolette@pfaw.org

*Counsel for Plaintiff*